UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Richard Daschbach ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 1:18-cv-00786-PB |
| ) | |
| Wyatt Investment Research, LLC ) | |
| Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES THE PLAINTIFF, by and through counsel, and pursuant to Fed. R. Civ. P 41(a)(1)(A)(i), dismiss this action, in its entirety with Prejudice, and hereby provide Notice of Voluntary Dismissal.

    1.    "Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment;" Fed. R. Civ. P 41(a)(1)(A)(i).

    2.    Neither an Answer nor a Motion for Summary Judgment has been filed.

WHEREFORE, Plaintiff is entitled to, and hereby Voluntarily Dismisses, this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), in its entirety and with Prejudice.

Dated: October 23, 2018

    Respectfully submitted,
    Counsel for the Plaintiff,
    and the proposed Class,

    /s/ John F. Skinner, III
    ATTY. JOHN F. SKINNER, III
    NHBN:19886
    Associated Attorneys of New England
    587 Union Street
    Manchester, NH 03104
    Tel: (603) 622-8100
    Fax: (888) 912-1497
    AttorneySkinner@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically served on all registered users a true and correct copy of the foregoing document via the Court's Notice of Electronic Filing in accordance with the Electronic Case Filing Administrative Procedures. A paper copy will be served on all non-registered users of ECF, if any.

>/s/ *John F. Skinner, III*
>John F. Skinner, III